IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08cv286__

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| LOT 45, GREYROCK, LAKE LURE, RUTHERFORD COUNTY, NORTH CAROLINA, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on periodic docket review. Review of the pleadings reveals that the last date of service by publication was August 15, 2008. According to the government's notice, the filing of a claim was due not later than 60 days from the first day of publication of such notice on the official government internet web site, which was July 16, 2008. In its Complaint, the government also advised that it would serve direct notice to the interested real property owners and any person it knew may claim an interest in the property under Supplemental Rule G(4)(b). At this point, the court is unaware of whether such owners have been served with such notice and whether or not the time for filing a claim has passed.

1

# ORDER

**IT IS, THEREFORE, ORDERED** that the government file a status report with the court not later than the close of business on October 22, 2008, concerning the status of service of property owners and known parties who may have an interest in the real property.

```
                                Signed: October 16, 2008
```

_____

Dennis L. Howell
United States Magistrate Judge