IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08cv286__

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| LOT 45, GREYROCK, LAKE LURE, | ) | |
| RUTHERFORD COUNTY, NORTH | ) | |
| CAROLINA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on periodic docket review. On October 16, 2008, the court entered an Order inquiring of the status of this action. In response, the government filed on October 22, 2008, a Status Report stating therein that it would dispose of this case and 1:07cv338 within one month. More than one month has passed and this matter has not been disposed of and the government has not informed the court as to the cause of the delay. The concerns expressed in this court's earlier Order remain and the court is forced to place this matter on for hearing.

# ORDER

**IT IS, THEREFORE, ORDERED** that the above captioned cas is placed on for hearing as to status on December 19, 2008, at 10 a.m.

Signed: December 8, 2008

Dennis L. Howell
United States Magistrate Judge