IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:08CV286

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER DISMISSING CASE |
| Lot 45, Grey Rock, Lake Lure, ) | |
| Rutherford County, North Carolina, as ) | WITHOUT PREJUDICE |
| described in a deed at Deed Book 918, ) | |
| Page 73 in the Public Registry of ) | |
| Rutherford County, North Carolina, ) | |
| being real property, together with the ) | |
| residences, and all appurtenances, ) | |
| improvements, and attachments ) | |
| thereon, ) | |
| Defendant. | |

**THIS MATTER** is before the Court on motion of the United States to dismiss without prejudice.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the motion of the United States is **ALLOWED**, and this matter is hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: December 16, 2008

Lacy H. Thornburg
United States District Judge